# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3277

_____

MARK F. BAUGHN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


September 25, 2018


PER CURIAM.

DENIED. *See Ratliff v. State*, 914 So. 2d 938 (Fla. 2005).

WOLF, KELSEY, and JAY, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Robert I. Barrar of Robert I. Barrar P.A., Miami, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.